**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BLUEFIELD DIVISION**

| | | |
|---|---|---|
| **ELAINE CHIVON FELDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 1:12-02175** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**MEMORANDUM OPINION AND ORDER**</u>

Pending before the Court is Plaintiff's Motion to Transfer (Document No. 6.), filed on July 23, 2012. Plaintiff seeks a change of venue to the Western District of Virginia pursuant to 28 U.S.C. § 1404.  This case was filed in this district on June 20, 2012. (Document No. 2.) Plaintiff states in her Complaint that she is a resident of Bluefield, Virginia, which is in Tazewell County, Virginia. (Document No. 1 at 1.) Proper venue under 42 U.S.C. § 405(g) is "in the district court of the United States for the judicial district in which the plaintiff resides." 42 U.S.C. § 405(g). Accordingly, it is hereby **ORDERED** that the Clerk shall **TRANSFER** this matter to the Western District of Virginia (Abingdon), pursuant to 28 U.S.C. § 1404(a).

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER: July 23, 2012.

R. Clarke VanDervort
United States Magistrate Judge